# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CV1079 AGF |
| ) | |
| EDWARD SWEENEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

Dated this 23rd day of June, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE